PAPERS IN FILE: (1) Transcript of circuit court record including motion for new trial and in arrest of judgment.
*1824–36 Calendar*, MS p. 171.

JAMES D. BEMIS, SAMUEL C. WARD, AND CHAUNCEY MORSE, LATE PARTNERS UNDER THE FIRM OF BEMIS, MORSE, & WARD, *versus* HENRY CHIPMAN AND JOSEPH W. SEYMOUR, DOING BUSINESS UNDER THE FIRM OF CHIPMAN & SEYMOUR.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion for rule to cause record to be certified *p. 323; (2) rule to cause record to be certified *p. 328; (3) diminution allegèd, rule to amend transcript *p. 342; (4) motion to quash writ of error and for rule to assign errors *p. 344; (5) rule to assign errors *p. 345.
PAPERS IN FILE: (1) Petition for writ of error, allocatür, precipe; (2) writ of error and return; (3) assignment of errors; (4) joinder in error; (5) statement of accounts.
*1824–36 Calendar*, MS p. 197.

UNITED STATES *versus* GILBERT ELLIOTT.

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Motion for new trial argued, submitted *p. 325; (2) judgment arrested, decision ordered certified to circuit court *p. 353.